```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Fax: (415) 392-1978

Attorneys for Plaintiffs


PHILLIP M. SIMS (St. Bar #51590)
SOPHIE MAI GINES (St. Bar #254361)
SIMS & LAYTON
84 W. Santa Clara St. #660
San Jose, CA 95113
Telephone: (408) 3400
Fax: (408) 297-1104

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, ANTHONY ASHER, TRUSTEE,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOTNER MANUFACTURING, INC., a California corporation<br><br>    Defendants. | NO.  C 09 4887 PJH<br><br>STIPULATION TO SET ASIDE DEFAULT; ORDER |

IT IS HEREBY STIPULATED to set aside the default of defendant entered on May 5, 2010.

DATED: August 13, 2010          ERSKINE & TULLEY
                                A PROFESSIONAL CORPORATION


                                By:/s/Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiff


STIPULATION TO SET ASIDE DEFAULT; ORDER          1

1  DATED: August 13, 2010                SIMS & LAYTON
                                         ATTORNEYS AT LAW
2

3                                        By:/s/Sophie Mai Gines
                                            Sophie Mai Gines
4                                           Attorneys for Defendants

5
                          **Order**
6                   **IT IS SO ORDERED.**

7  **DATED**: August 16, 2010

8                                         _____
                                          Honorable Phillis J. Hamilton

STIPULATION TO SET ASIDE DEFAULT; ORDER         2